UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JESUS PARRA and LETICIA PARRA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO.  3:07-CV-039 WCL-CAN |
| | ) | |
| UNITED PARCEL SERVICE and JAMES P. MURPHY | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 5, 2007, this matter was referred pursuant to 28 U.S.C. §636(b)(1)(B) to Magistrate Judge Christopher Nuechterlein to conduct any hearings, including evidentiary hearings and submit proposed findings of fact and recommendations for the disposition of Plaintiffs' complaint.  On June 12, 2007, Magistrate Judge Christopher Nuechterlein issued his Report and Recommendation, recommending that the plaintiff's complaint be dismissed without prejudice, for failure to prosecute or comply with court orders.  This Report and Recommendation also informed the parties that, pursuant to Fed.R.Civ.P. 72(b), they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal.

More than ten days have passed since the parties have been served with a copy of Magistrate Judge Nuechterlein's Report and Recommendation and no objections have been filed with the Clerk of the Court.  Consequently, this court hereby ADOPTS Magistrate Judge Nuechterlein's Report and Recommendation, and ORDERS that the plaintiffs' Complaint be dismissed without prejudice, for failure to prosecute.

Enter: June 28, 2007

 s/William C. Lee  
WILLIAM C. LEE, JUDGE  
UNITED STATES DISTRICT COURT

Enter: June 28, 2007

 s/William C. Lee  
WILLIAM C. LEE, JUDGE  
UNITED STATES DISTRICT COURT